JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH BARAJAS,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company; LOWE'S HIW, INC., a California Corporation; and DOES 1-50, Inclusive.<br><br>Defendants. | Case No.: 8:19-CV-00497 JVS (DFMx)<br><br>Hon. James V. Selna<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Removal Filed: March 13, 2019 |

## ORDER

IT IS HEREBY ORDERED that, pursuant to the Stipulation of the Parties, the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses. The Court shall retain jurisdiction over this matter to enforce the terms of the Agreement entered into by the Parties, which is incorporated herein.

**IT IS SO ORDERED.**

DATED: December 31, 2019     _____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Hunton Andrews Kurth LLP
550 S. Hope Street, Suite 2000
Los Angeles, California 90071